IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HUX, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-1306 |
| | ) Chief Judge Gary L. Lancaster |
| MICHAEL J. ASTRUE, | ) Chief Magistrate Judge Lisa Pupo |
| COMMISSIONER OF SOCIAL SECURITY, | ) Lenihan |
| Defendant. | ) |

## ORDER

AND NOW, this 25th day of September, 2012, after the Plaintiff, David Hux, filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing a claim for Supplemental Security Income Benefits, and after cross-motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon independent review of the motions and the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation,

**IT IS ORDERED** that the Plaintiff's Motion for Summary Judgment (ECF No. 10) is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security's Motion for Summary Judgment (ECF No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the Chief Magistrate Judge (ECF No. 14) is adopted as the opinion of this Court.

_____
Gary L. Lancaster,
Chief United States District Judge

cc: Lisa Pupo Lenihan,
   Chief United States Magistrate Judge

   All Counsel of Record